Nancy J. Meserow, OSB# 820895
njm@meserolaw.com
Law Office of Nancy J. Meserow
7540 S.W. 51st Ave.
Portland, Oregon 97219
Ph. 503-560-6788
Fax 503-954-1517
Plaintiff's Attorney
njm@meserolaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SIGRID LEE GIES, | Case No. 3:17-cv-01756-MK |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES UNDER 42 U.S.C § 406(B) |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to U.S.C. § 406(b), reasonable attorney fees in the amount of $15,190.00 are hereby awarded to Plaintiff's attorney, Nancy J. Meserow. Previously this Court awarded Plaintiff EAJA fees in the amount of $14,828.24 which were paid by the government. When issuing the 406(b) fee check to Ms. Meserow, the Agency is therefore directed to subtract the amount paid as EAJA fees, and send to Ms. Meserow the balance remaining of the $15,190.00 attorney fees hereby ordered, by check payable to Nancy J. Meserow in the amount of $361.76, sent to her office:

        Nancy J. Meserow
        c/o Law Office of Nancy J. Meserow
        7540 S.W. 51st Avenue
        Portland, Oregon
        97219

Any withheld amount then remaining from Plaintiff's awarded benefits should be released to Plaintiff by Defendant as soon as practicable.

IT IS SO ORDERED this 30th day of December 2020.

                                                s/ Mustafa T. Kasubhai
                                                MUSTAFA T. KASUBHAI
                                                United States Magistrate Judge